

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00375-CV

JOHNATHAN COOPER, Appellant

V.

JAMES WARREN ST. JOHN, Appellee

§   On Appeal from the 67th District Court

§   of Tarrant County (067-330985-21)

§   November 7, 2024

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
        Justice Mike Wallach